MICHELE BECKWITH
Acting United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     brendon.hansen@usdoj.gov
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

United States Attorney's Office
Eastern District of California

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAUN ALLEN JUDGE,<br><br>         Plaintiff,<br><br>    v.<br><br>DAVID KIM ALLRED; ELISABETH HIGGINS; ALLISON BERRY,<br><br>         Defendants. | CASE NO. 2:24-CV-1324-JDP (PC)<br><br>**UNITED STATES OF AMERICA'S REQUEST FOR EXTENSION OF TIME FOR DEFENDANTS DAVID KIM ALLRED, ELISABETH HIGGINS, AND ALLISON BERRY TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   Now comes the United States of America and hereby submits this request for an extension of time for Defendants David Kim Allred, Elisabeth Higgins, and Allison Berry ("Defendants") to respond to Plaintiff's Complaint. ECF No. 1. The undersigned has not yet been retained to represent Defendants in this matter because the requests for representation are still being evaluated by the Department of Justice. 28 C.F.R. § 50.15. In order to allow the Department of Justice to review Defendants' request for representation, the United States requests that the Court set a date in approximately 120 days of October 10, 2025 for Defendant's to respond to Plaintiff's Complaint.

Dated: June 5, 2025                              MICHELE BECKWITH
                                                 Acting United States Attorney

                                          By:    */s/ Brendon L.S. Hansen*
                                                 BRENDON L.S. HANSEN
                                                 Assistant United States Attorney

## [PROPOSED] ORDER GRANTING UNITED STATES OF AMERICA'S REQUEST FOR EXTENSION OF TIME FOR DEFENDANTS DAVID KIM ALLRED ELISABETH HIGGINS, AND ALLISON BERRY TO RESPOND TO PLAINTIFF'S COMPLAINT

The United States requests that Defendants David Kim Allred, Elisabeth Higgins, and Allison Berry be provided an extension of time to respond to Plaintiff's Complaint while these Defendants' requests for representation are evaluated by the Department of Justice. Good cause appearing, the United States' request is granted. Defendants David Kim Allred, Elisabeth Higgins, and Allison Berry shall respond to Plaintiff's Complaint by October 10, 2025.

IT IS SO ORDERED.

Dated:   July 10, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE